UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | **CV 07-7240-TJH**<br>**CR 97-512-TJH √** | Date | March 11, 2008 |
|---|---|---|---|

| Title | *United States of America vs SON VAN LY* |
|---|---|

Present: The Honorable     TERRY J. HATTER, JR., UNITED STATES DISTRICT COURT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:     IN CHAMBERS -ORDER AND NOTICE TO ALL PARTIES RE:**
**2255 Petition to vacate, set aside or correct sentence by a person in Federal custody**

The court having carefully considered the papers and the evidence submitted by the parties, the Court hereby
DENIES the Petitioners 2255 Petition to vacate, set aside or correct sentence by a person in Federal custody.

**IT IS SO ORDERED.**

**cc: counsel of record (or parties)**